UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of September, two thousand and twenty-four,

Edward Greene
v.
James McMahon, et al.

STIPULATION
Docket Number: 24-2255

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 9/16/2024

Attorney for Appellant
Joseph A. Mengacci, Office of the Corporation Counsel
Print Name and Firm

Date: 9/16/2024

Attorney for Appellee
David Rose, David Rosen & Associates, PC
Print Name and Firm