# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty-four.

Edward Greene,

    Plaintiff - Appellee,

v.

James McMahon, Officer, Paul Charette, Officer,

    Defendants - Appellants,

Waterbury Police Department, Nathan Sheehan, Officer, CIty of Waterbury,

    Defendants.

**ORDER**
Docket No. 24-2255

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court